UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-LI GAO, ET AL., | CASE NO. CV 07-05526-MMM(RZx) |
| Plaintiffs, | |
| vs. | ORDER DISMISSING CIVIL ACTION |
| MICHAEL CHERTOFF, ET AL., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 29, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE